1038

Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ., concur.

In the Matter of HARRY FROMER, Petitioner, against SIDNEY H. BINGHAM et al., as Commissioners of the Board of Transportation of the City of New York, Respondents.— No opinion. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ.

In the Matter of ALEXANDER KANASY et al., Appellants, against BERNICE W. NUGENT, as Town Clerk of the Town of Ramapo, et al., Respondents.— Present — Nolan, P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [206 Misc. 826.] [See 1 A D 2d 681.]

In the Matter of MIDLAND WINDSOR, INC., Respondent, against NEW YORK STATE LABOR RELATIONS BOARD, Appellant.—